# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| SHANNON E.,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:18-CV-06010-MAT<br><br><br><br>ORDER |

Based on the stipulation of the parties, it is ORDERED that the case be REVERSED and REMANDED for further administrative proceedings including a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will remand the case to an administrative law judge (ALJ), who shall update the medical records, offer Plaintiff the opportunity for a hearing, and issue a new decision. The ALJ shall also:

- Reevaluate the medical opinion evidence, in particular the medical opinions from Dr. Wheeler and Dr. Ruddell;
- Reevaluate Plaintiff's residual functional capacity; and
- If necessary, obtain supplemental vocational expert evidence to clarify the effects of the assessed limitations on Plaintiff's ability to perform her past relevant work or other work in the national economy.

Page 1    ORDER - [3:18-CV-06010-MAT]

The parties agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 10th day of May, 2019.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Leisa A. Wolf
LEISA A. WOLF
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3621
Fax: (206) 615-2531
leisa.wolf@ssa.gov